IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:16-cv-117-WHA |
| ) | (WO) |
| ANDERSON LLOYD PROPERTIES, LLC, ) | |
| FLOREE ANDERSON, and JIMMIE L ) | |
| ANDERSON, ) | |
| ) | |
| Defendants. ) | |

## **Judgment**

In accordance with the Order entered in this case on this date,

Final Judgment is entered in favor of the Plaintiff, Whitney Bank, and against the Defendants Anderson Lloyd Properties, LLC, Floree Anderson, and Jimmie L. Anderson in the amount of $149,001.60.

Final Judgment is also entered in favor of the Plaintiff, Whitney Bank, and against the Defendant Floree Anderson in the additional amount of $23,838.73.

Costs are taxed against the Defendants.

Done this 28th day of November, 2016.

        /s/ W. Harold Albritton_____
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE